## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SAMSON MANUFACTURING CORPORATION and SCOTT W. SAMSON, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| AUSTIN PRECISION PRODUCTS, INC., d/b/a LARUE TACTICAL, COMMAND ARMS ACCESSORIES, LLC, and TDI ARMS LTD., | ) ) ) ) |
| Defendants. | ) ) |

CIVIL ACTION
NO. 09-CV-30027

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS
### COMMAND ARMS ACCESSORIES, LLC, AND TDI ARMS LTD. ONLY

Pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., plaintiffs Samson Manufacturing

Corporation and Scott W. Samson, by their counsel, hereby dismiss all claims against

defendants Command Arms Accessories, LLC, and TDI Arms Ltd. only, without

prejudice and without costs.  Said defendants have not appeared or filed answers in this

action.  The above-captioned action shall remain pending against all other parties.

**SAMSON MANUFACTURING
CORPORATION, and SCOTT W. SAMSON**,

By their attorneys,


/s/ Laura L. Carroll
Laura L. Carroll (BBO #076180)
LCarroll@burnslev.com
Howard J. Susser (BBO #636182)
hsusser@burnslev.com
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA  02110
Tel:  617-345-3000
Dated:  April 2, 2009                     Fax:  617-345-3299

J:\Docs\40999\00001\01340646.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS COMMAND ARMS ACCESSORIES, LLC, AND TDI ARMS LTD. ONLY with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the registered attorneys of record.

Dated:  April 2, 2009                          /s/ Laura L. Carroll_____
                                               Laura L. Carroll

J:\Docs\40999\00001\01340646.DOC