IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SAMSON MANUFACTURING CORPORATION and SCOTT W. SAMSON, <br><br> Plaintiffs, <br><br> v. <br><br> AUSTIN PRECISION PRODUCTS, INC., d/b/a LARUE TACTICAL, COMMAND ARMS ACCESSORIES, LLC, and TDI ARMS LTD., <br><br> Defendants. | CIVIL ACTION <br> NO. 09-CV-30027 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., plaintiffs Samson Manufacturing Corporation and Scott W. Samson ("Samson") and defendant Austin Precision Products, Inc., d/b/a LaRue Tactical ("LaRue"), by their respective counsel, hereby stipulate and agree that Samson's claims against LaRue and LaRue's counterclaims against Samson in this action be and hereby are dismissed with prejudice, each party to bear their own costs and attorneys' fees, with all rights of appeal being waived.  (The remaining defendants in this action, Command Arms Accessories, LLC, and TDI Arms Ltd., were previously dismissed without prejudice and without costs.  Docket #8.)

Respectfully submitted this 23rd day of December, 2010,

| | |
|---|---|
| **SAMSON MANUFACTURING CORPORATION AND SCOTT W. SAMSON,** | **AUSTIN PRECISION PRODUCTS d/b/a LARUE TACTICAL,** |
| By their attorneys, | By its attorneys, |
| /s/ Laura L. Carroll<br>Laura L. Carroll (BBO #076180)<br>lcarroll@burnslev.com<br>Howard J. Susser (BBO #636183)<br>hsusser@burnslev.com<br>Zachary R. Gates (BBO #677873)<br>zgates@burnslev.com<br>BURNS & LEVINSON LLP<br>125 Summer Street<br>Boston, MA 02110<br>Tel: 617-345-3000<br>Fax: 617-345-3299 | /s/ Adam P. Samansky<br>Adam P. Samansky (BBO #661123)<br>ASamansky@eapdlaw.com<br>EDWARDS ANGELL PALMER & DODGE LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>Tel: 617-517-5550<br>Fax: 888-325-6566<br><br>Thomas P. McNulty (BBO #654564)<br>tmcnulty@ll-a.com<br>Ann Lamport Hammitte (BBO #553263)<br>ahammitte@ll-a.com<br>LANDO & ANASTASI, LLP<br>Riverfront Office Park<br>One Main Street - 11th Floor<br>Cambridge, MA 02142<br>Tel: 617-395-7000<br>Fax: 617-395-7070 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the registered attorneys of record.

Dated:  December 23, 2010                                         /s/ Laura L. Carroll
                                                                                        Laura L. Carroll